UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>STACY N. WOODCOCK,<br><br>             Defendant. | Case No. 15-cr-40046-JPG-04 |

**MEMORANDUM AND ORDER**

      This matter comes before the Court on defendant Stacy N. Woodcock's motion to stay collection of her financial obligations until she is released from custody (Doc. 223).   The Court imposed on Woodcock a special assessment of $200 and a fine of $200 at sentencing and ordered that she pay these amounts "in equal monthly installments of $20 or ten percent of her net monthly income, whichever is greater."   Jmt. at 7.   The Court did not delegate discretion to collect the fine to the Bureau of Prisons' Inmate Financial Responsibility Program.   Woodcock states that she still owes $280 of this obligation.

      The Court may adjust the fine payment schedule of a defendant who it allowed to pay her fine in installments if it is notified of a material change in the defendant's economic circumstances and if it has not delegated to another the discretion to collect the fine.   *See* 18 U.S.C. § 3572(d)(3); *United States v. Dawson*, 547 Fed. App'x 738, 785 (7th Cir. 2013).   Woodcock has notified the Court that she has a child with developing medical issues that are causing financial strain to her and her outside support system and that, as a consequence, she cannot afford to continue making payments on her fine.

      The Court finds Woodcock has sufficiently demonstrated a material change in her economic circumstances that justifies an adjustment to her payment schedule and therefore

**GRANTS** her motion (Doc. 223) and **ORDERS** that collection of her fine be **STAYED** until her release from custody to supervised release, which is currently scheduled to occur in 2019.   At that time, the payment schedule set forth in the judgment shall resume, and the first payment shall be due within 60 days from release to supervised release.

**IT IS SO ORDERED.**
**DATED:   November 21, 2016**

s/ J. Phil Gilbert<br>
**J. PHIL GILBERT**<br>
**DISTRICT JUDGE**